UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. MCCARTY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | No. C 09-5753 MHP<br><br>**ORDER**<br><br>Re: Briefing of Motion to Dismiss |

On June 28, 2010, defendant filed a motion to dismiss contending that plaintiff failed to file this action within the applicable statute of limitations. Docket No. 14 (Motion).

Plaintiff is ordered to file an opposition to the motion to dismiss by July 19, 2010. Defendant may file a reply by July 30. The motion to dismiss will be deemed submitted on the papers.

The deadlines stated in the court's Social Security procedural order, Docket No. 3, shall begin to run on the date the court issues its order regarding the motion to dismiss.

IT IS SO ORDERED.

Dated: June 29, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California