IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN L. McCARTY,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL C. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL No.: C 09-05753  MHP<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff McCarty may have an extension of 14 days in which to file his motion for summary judgment or remand.  Given the additional allegations provided to Defendant, the parties have agreed, subject to the approval of the Court, that Plaintiff's filing is due on Wednesday, October 27, 2010, pursuant to Civil L.R. 16-5.

///

///

McCARTY, EXT.MSJ AND/OR REMAND
C 09-05753  MHP

Dated: October 13, 2010

S/Ian M. Sammis/
IAN M. SAMMIS
Attorney for Plaintiff

Dated: October 13, 2010

S/Kathryn R. Watson/
Kathryn R. Watson
Assistant Regional Counsel
and Attorney for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October  18  , 2010

_____
MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

McCARTY, EXT.MSJ AND/OR REMAND
C 09-05753  MHP